In the Matter of the Will of MYRON H. BENNETT, Deceased.

CHARLES C. CONGDON, as Executor of MARY A. WARD, Deceased, Appellant; JENNIE B. BRASSER, as Administratrix with the Will Annexed of MYRON H. BENNETT, Deceased, Respondent.

Argued September 30, 1937; decided October 19, 1937.

*Charles C. Congdon*, in person, for appellant.
*Charles T. Ennis* for respondent.

Order affirmed, with costs to parties appearing by separate attorneys and filing briefs payable out of the estate. No opinion.

' Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.